HENRY STEVENS, Respondent, *v.* CECELIA A. STEVENS, Appellant, et al., Defendants.

Submitted July 13, 1953; decided July 14, 1953.

*Ely Estroff* for motion.

*Frank J. Durkin* opposed.

Motion denied, with $10 costs of motion, unless, within ten days from the date of service of a copy of this order upon the attorney for appellant, appellant serves and files the required undertaking on appeal and pays $10 costs, in which events motion granted.